[No. 10143-6-III.  Division Three.  July 31, 1990.]

MICHAEL MCGUIRE, *Appellant,* v. KIM L. FARRELL, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88-5-00054-1, Fred L. Stewart, J., entered June 28, 1989. *Remanded* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[Nos. 23915-5-I; 24019-6-I.  Division One.  August 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. PHONEPRADITH CHANTHANOME, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. TOOM KANTIYAVONG, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 89-8-00477-3, 89-8-00476-5, Anthony P. Wartnik, J., entered April 14, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse, A.C.J., and Scholfield, J.

[No. 23102-2-I.  Division One.  August 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE ALONZO RIVERA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-00578-4, James A. Noe, J., entered October 13, 1988. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster and Pekelis, JJ.